202 F.2d 153
 Eva LOLLOS, Appellant,
v.
VETERANS ADMINISTRATION and United States of America.
 No. 10908.
 United States Court of Appeals Third Circuit.
 Argued Feb. 17, 1953.
Decided March 5, 1953.
 
 John M. Kaufman, Newark, N.J. (Emil H. Block, Newark, N.J., on the brief), for appellant.
 Peter C. Charuhas, Washington, D.C. (Grover C. Richman, Jr., U.S. Atty., Newark, N.J., Edward V. Ryan, Asst. U.S. Atty., Jersey City, N.J., Holmes Baldridge, Asst. Atty. Gen. and D. Vance Swann, Atty., Department of Justice, Washington, D.C., on the brief), for appellees.
 Before KALODNER, STALEY and HASTIE, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment and order of the District Court will be affirmed upon the opinion of Judge Meaney, 105 F.Supp. 870.